IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00466-TPO

BRITTANY FRITSCH,

    Plaintiff,

v.

ELEVANCE HEALTH, INC.,
ANTHEM HEALTHCHOICE
ASSURANCE, INC.,

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT**

---

Pursuant to D.C.Colo.LCivR 6.1(a) and Federal Rule of Civil Procedure 6(b), Defendant Elevance Health, Inc. ("Elevance"), by and through its undersigned counsel, respectfully requests an additional sixty (60) days, up through and including September 30, 2025, to file a responsive pleading to Plaintiff Brittany Fritsch's ("Plaintiff") Third Amended Complaint ("TAC") (ECF No. 38). In support of this Unopposed Motion, Defendant states as follows:

1. On August 1, 2025, Plaintiff filed the now-operative TAC. (ECF No. 38).

2. In the TAC, in addition to Elevance, Plaintiff named Anthem HealthChoice Assurance, Inc. ("Anthem," together with Elevance, "Defendants"), as a defendant. *See id.*

3. On August 1, 2025, the day Plaintiff filed the TAC, counsel for Defendants contacted Plaintiff, agreeing to waive service on Anthem's behalf, effective that same date, thereby setting Anthem's response deadline at sixty (60) days, or September 30, 2025. Fed. R. Civ. P.

1

12(a)(1)(A)(ii). During that same discussion, to facilitate a single responsive pleading deadline for both Defendants, Plaintiff agreed to a sixty (60) day extension of Elevance's deadline to answer or otherwise respond to the TAC (*i.e.*, also to September 30, 2025).

4. For good cause shown, the Court may extend the time for a defendant to answer or otherwise respond to the operative complaint. Fed. R. Civ. P. 6(b)(1)(A).

5. The requested extension is not sought for delay but for good cause and so that justice and judicial economy may be served. This is now a multi-defendant action, and extending Elevance's response deadline to align with that of Anthem accommodates the need for action while avoiding piecemeal litigation and furthering judicial economy and efficiency.

6. This is the fourth extension Elevance has sought in this matter. The first was by Unopposed Motion for Extension of Time to Respond to Plaintiff's <u>First</u> Amended Complaint. (ECF Nos. 10, 19). The second was by Stipulation for Extension of Time to Respond to Plaintiff's <u>Second</u> Amended Complaint, pursuant to D.C.Colo.LCivR 6.1(a). (ECF Nos. 30, 32). The third was by Unopposed Motion for Extension of Time to Respond to Plaintiff's <u>Second</u> Amended Complaint which, as the Court predicted, has now been mooted. (ECF Nos. 30, 34, 36, 37).

7. Neither the parties nor the Court will be prejudiced by the requested extension. Defendants have conferred with Plaintiff, and Plaintiff does not oppose the relief requested in this Motion. Moreover, a scheduling order has not yet been entered, so the requested extension will not affect any docketed deadlines.

8. **D.C.Colo.LCivR 7.1 Certificate of Conferral.** The undersigned certify they have conferred with Plaintiff regarding this Motion, and Plaintiff does not oppose the requested relief.

9. **D.C.Colo.LCivR 6.1(c) Certificate of Service on Client.** The undersigned certify they will contemporaneously serve this Motion on Elevance.

WHEREFORE, Elevance respectfully requests the Court extend the time for Elevance to answer or otherwise respond to Plaintiff's TAC up to and including September 30, 2025, thereby aligning its deadline with that of Anthem, and to grant such other relief as the Court deems just and proper.

DATED: August 4, 2025

Respectfully submitted,

*/s/ Nick J. Erickson*
**Nick J. Erickson**
Reed Smith LLP
1400 Wewatta St., Ste. 350
Denver, CO 80202
Phone: (303) 552-3824
Fax: (303) 552-3799
nerickson@reedsmith.com

*Attorneys for Defendants Elevance Health, Inc. and Anthem HealthChoice Assurance, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Brittany Anne Byers Fritsch
4658 Federal Blvd.
Phone: (785) 445-2355
alightergreen@gmail.com
Plaintiff Pro Se

                                                */s/ Nick J. Erickson*