IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

Civil Action: 25-cv-00466-GPG-TPO                     Date: November 13, 2025
Courtroom Deputy: Jesse Torres                        FTR – Courtroom C402

| *Parties:* | *Counsel:* |
|---|---|
| BRITTANY FRITSCH, | Pro Se |
| Plaintiff, | |
| v. | |
| ELEVANCE HEALTH, INC. and ANTHEM HEALTHCARE ASSURANCE, INC., | Thomas Hardy (by video teleconference) |
| Defendants. | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**Court in session: 10:04 a.m.**

Court calls case. Appearances of counsel and pro se Plaintiff.

Discussion is held regarding Plaintiff's status as a pro se litigant in this case. The Court advises Plaintiff that she remains responsible for all scheduled matters, including hearings, depositions and written discovery, motions, deadlines, and trial, and for complying with the Federal Rules of Civil Procedure and the Local Rules of the District Court of Colorado. The Court encourages Plaintiff to seek assistance from the Federal Pro Se Clinic located at the Alfred A. Arraj Courthouse, 901 19th Street, Room A-105, Denver, CO 80294.

The Court advises Plaintiff of her obligations under Fed R. Civ. P. 15(a)(2) (regarding the requirement to seek the Court's leave to file amended pleadings), D.C.COLO.LCivR 15.1(b) (regarding procedural requirements relating to motions to file amended pleadings), and D.C.COLO.LCivR 7.1(a) (regarding duty to confer with opposing counsel before filing motions).

Discussion is held regarding the parties' proposed Scheduling Order.

Discussion is held regarding the Court's discovery dispute resolution and settlement conference procedures.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Administrative Record Service Deadline: **February 13, 2026**
Deadline for Motion to Supplement the Administrative Record: **March 13, 2026**
Deadline for Motions Regarding Discovery: **April 17, 2026**
Discovery Cut-off: **June 12, 2026**
Administrative Record Filing Deadline: **July 31, 2026**
Plaintiff's Opening Brief Deadline: **August 7, 2026**
Defendant's Response Brief Deadline: **August 27, 2026**
Plaintiff's Reply Brief Deadline: **September 10, 2026**

For the reasons stated on the record, it is

**ORDERED:**          On or before **July 31, 2026,** the Parties shall file a joint Status Report outlining the status of the case, including the status of settlement efforts.

HEARING CONCLUDED.

**Court in recess: 10:17 a.m.**
Total time in court: 00:13

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.