IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00466-GPG-TPO

BRITTANY FRITSCH,

      Plaintiff,

v.

ELEVANCE HEALTH, INC.,
d/b/a Anthem Blue Cross Blue Shield,
f/k/a Empire Blue Cross Blue Shield, and
ANTHEM HEALTHCHOICE ASSURANCE, INC.,

      Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on February 25, 2026.**

Before the Court is Plaintiff's Motion to Stay. ECF 66. Plaintiff asks to stay proceedings for 120 days for medical reasons. Defendants do not oppose the request. The Court finds good cause for staying upcoming deadlines on a temporary basis.

The present circumstances support the entry of a stay under the governing standard set forth in *String Cheese Incident, LLC v. Stylus Shows, Inc*., 2006 WL 894955 (D. Colo. 2006), *Harlow v. Fitzgerald*, 457 U.S. 800 (1982), and *Workman v. Jordan*, 958 F.2d 332 (10th Cir. 1992). It is Plaintiff who is requesting the stay, and she is unable to pursue litigation activity at this time. Because the stay is unopposed, there will be no prejudice to Defendants. This Court discerns no countervailing specific interest or factor that would warrant denying the requested stay.

The Court therefore **grants** the Motion to Stay [ECF 66] and **stays** the deadlines set forth in the Scheduling Order at ECF 59 (with the exception of Defendants' provision of the ERISA administrative record to Plaintiff which was due on February 13, 2026).

The Parties shall file a joint motion on **June 17, 2026** to lift the stay and to reset the deadlines.