IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00466-GPG-TPO

BRITTANY FRITSCH,

Plaintiff,

v.

ELEVANCE HEALTH, INC.,
d/b/a Anthem Blue Cross Blue Shield,
f/k/a Empire Blue Cross Blue Shield, and
ANTHEM HEALTHCHOICE ASSURANCE, INC.,

Defendants.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on July 21, 2026.**

The Parties shall file a Joint Status Report on **August 4, 2026** to inform the Court about the status of settlement discussions. If the case has not settled, the Court will proceed to issue a Recommendation on the pending Partial Motion to Dismiss [ECF 45].

For good cause shown, the Parties' Joint Motion to Extend Scheduling Order Deadlines [ECF 73] is **granted**. The Scheduling Order [ECF 59] deadlines are **modified** as follows:

| | |
|---|---|
| Deadline for discovery-related motions: | **September 10, 2026** |
| Deadline for motion to supplement the administrative record: | **October 15, 2026** |
| Discovery cut off: | **December 10, 2026** |
| Defendants submit copy of the administrative record to the Court: | **January 28, 2027** |

Opening briefs on the merits (cross-motions for summary judgment anticipated):
**February 4, 2027**

| | |
|---|---|
| Response briefs on the merits: | **March 8, 2027** |
| Reply briefs on the merits: | **March 29, 2027** |